**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :  No. 249 WAL 2018
:
          Respondent                :
:  Petition for Allowance of Appeal from
          v.                    :  the Order of the Superior Court
:
MARLIN KELLY,                :
:
          Petitioner            :

## ORDER

**PER CURIAM**

     **AND NOW**, this 15th day of November, 2018, the Petition for Allowance of Appeal is **DENIED**.